

**IT IS ORDERED as set forth below:**

**Date: May 14, 2020**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>CRISTIAN LIQUORS LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 20-40499-bem |

### ORDER AND NOTICE OF ASSIGNMENT
### OF HEARING ON CONFIRMATION OF PLAN

Debtor filed its *Plan of Reorganization* (Doc. No. 39) ("Plan") on May 12, 2020.

Debtor also filed, on May 12, 2020, an application requesting entry of an order:

(1) scheduling the Plan confirmation hearing,

(2) approving the form and content of Debtor's ballot,

(3) establishing a deadline for filing objections to the Plan, and

(4) establishing a deadline for casting ballots to accept or reject the Plan.

(Doc. No. 40) (the "Application").

Therefore, it is hereby:

**ORDERED and NOTICE IS HEREBY GIVEN that:**

A. June 11, 2020 is fixed as the last day for filing, on the ballot form attached to this order, written acceptances or rejections of Debtor's Plan. All ballots must be *filed* with:

> Clerk, U.S. Bankruptcy Court
> Room 339
> 600 East First Street
> Rome, GA 30161

and a copy *mailed* to Debtor's attorney:

> Thomas T. McClendon
> Jones & Walden, LLC
> 699 Piedmont Ave NE
> Atlanta, GA 30308

B. June 11, 2020 is fixed, pursuant to Interim Rule 3017.2 and General Order 30-2020, as the last day for filing and serving written objections to confirmation of the Plan. Any such written objection to confirmation of the Plan must be filed with the Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street, Rome, GA 30161 and a copy mailed to Debtor's attorney, Thomas T. McClendon, Jones & Walden, LLC, 699 Piedmont Ave NE, Atlanta, GA 30308.

C. A hearing will be held in Courtroom 1402, U.S. Courthouse, United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, GA at 2:00 p.m. on June 16, 2020, to consider confirmation of the

2

Plan, and to determine the value of collateral and extent to which claims are secured pursuant to 11 U.S.C. §506(a) and Rule 3012 (the "Confirmation Hearing"). ***This hearing is being set in Atlanta in a Rome division case. Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website (http://www.ganb.uscourts.gov/) prior to the hearing for instructions on whether to appear in person or by phone.***

D. **Debtor's attorney** is directed to serve a copy of this Order and Notice, the Plan, and the Ballot, upon the U.S. Trustee and all creditors and parties in interest on or before May 14, 2020, and to file a certificate of such service within three days of mailing.

At least three (3) days prior to the scheduled hearing on confirmation of the Plan, Debtor's attorney shall file a Summary of Voting on the Plan in form substantially similar to Exhibit "A" attached hereto indicating all ballots cast have been tabulated by Debtor and the resulting vote for each class designated in the Plan.

END OF ORDER

Prepared and Presented By:
**JONES & WALDEN, LLC,**
*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
tmcclendon@joneswalden.com
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
Attorney for the Debtor

3

**Distribution List**

Thomas T. McClendon
Jones & Walden, LLC
699 Piedmont Ave NE
Atlanta, Georgia 30308

Office of the U.S. Trustee
362 Richard Russell Federal Building
75 Ted Turner Dr, SW
Atlanta, Georgia 30303

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE:<br><br>**CRISTIAN LIQUORS LLC,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 20-40499-bem** |

**SUMMARY OF THE VOTING ON THE**
**PLAN OF REORGANIZATION FILED ON MAY 12, 2020**

Tabulated as of _____, 2020

For Disclosure Statement and Confirmation Hearing to be held: _____, 2020.

| Class Number and Description | Number of Votes | Dollar Amount of Votes | Class Vote Impairment |
|---|---|---|---|
| | \_\_\_\_Accepts<br>\_\_\_\_ Rejects<br>\_\_\_\_ Percent | $\_\_\_\_Accepts<br>$ \_\_\_\_ Rejects<br>\_\_\_\_ Percent | \_\_\_Yes<br>\_\_\_No |
| | \_\_\_\_Accepts<br>\_\_\_\_ Rejects<br>\_\_\_\_ Percent | $\_\_\_\_Accepts<br>$ \_\_\_\_ Rejects<br>\_\_\_\_ Percent | \_\_\_Yes<br>\_\_\_No |
| | \_\_\_\_Accepts<br>\_\_\_\_ Rejects<br>\_\_\_\_ Percent | $\_\_\_\_Accepts<br>$ \_\_\_\_ Rejects<br>\_\_\_\_ Percent | \_\_\_Yes<br>\_\_\_No |

RESPECTFULLY SUBMITTED**,** this _____ day of _____, 2020.

**JONES & WALDEN, LLC**

_____
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave, NE
Atlanta, Georgia 30308
(404) 564-9300

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| IN RE:<br><br>**CRISTIAN LIQUORS LLC,**<br><br>      **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 20-40499-bem** |
|---|---|

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN

On May 12, 2020, Debtor filed its Subchapter V Plan of Reorganization ("Plan"), and an Application Requesting Entry of Order Establishing Certain Deadlines Pursuant to Interim Rule 3017.2 (the "Application"). The Court has approved the deadlines set forth herein. If you do not have a copy of the Plan, you may obtain a copy from Jones & Walden, LLC, 699 Piedmont Ave NE, Atlanta, Georgia 30308, 404-564-9300 (telephone), 404-564-9301 (facsimile). The Plan is available for review in the Office of the Clerk, U.S. Bankruptcy Court, 600 East First St, Room 339, Rome, GA 30161-3187 during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you may receive a ballot for each class in which you are entitled to vote and you may use a copy of the ballot or request an additional ballot if you do not receive one.**

**If your ballot is not received by the Office of the Clerk, U.S. Bankruptcy Court, 600 East First St, Room 339, Rome, GA 30161-3187** *on or before* _____ **and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:

CRISTIAN LIQUORS LLC,

    Debtor.

CHAPTER 11

CASE NO. 20-40499-bem

## BALLOT FOR ACCEPTING OR REJECTING PLAN

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class.  If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it or the Plan otherwise satisfies the requirements of Section 1191(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE** _____ **TO:**

Clerk, U.S. Bankruptcy Court
600 East First St, Room 339,
Rome, GA 30161-3187

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, Georgia 30308, Attn: Thomas T. McClendon.

**The undersigned is a holder of** [check one:]
    \_\_\_ a secured claim
    \_\_\_ an unsecured claim
    \_\_\_ other [specify:_____]

**In the amount of $**_____**, in Class** _____ **and hereby:**

    _____ **Accepts**    _____ **Rejects**

**Debtor's Plan of Reorganization**

Date: _____    Creditor: _____
                                                       Print or Type Name
                                       Signed: _____
Email address of signing representative:   [If appropriate] as: _____
_____                       Title
Print name: _____    Address: _____

                                                                _____
                                                           Phone Number: _____
                                                           Email Address: _____